UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

GENEVIEVE RAELYNN BOATMAN,

Plaintiff,

v.

SARA THUER; LAUREL DEW; KENDRA HONEA; and CALLIE BERRY,

Defendants.

Case No. 1:26-cv-01917-CL

**ORDER**

**KASUBHAI,** United States District Judge:

This matter is before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Clarke issued a Findings and Recommendation on October 6, 2026, in which he recommends that this Court dismiss Plaintiff's Amended Complaint without leave to amend. F&R, ECF No. 6. When a party objects to a Magistrate Judge's Findings and Recommendations, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The district court has no obligation to review the portions of the Magistrate Judge's report to which no party has objected. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). However, the district court is not precluded from *sua sponte* review of other portions of the Findings and Recommendation, *Thomas v. Arn*, 474 U.S. 140, 149 (1985), and the Advisory Committee notes to Federal Rule of Civil Procedure

72(b) recommend that the court should review such portions for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Here, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendation on October 28, 2026. ECF No. 9. Although Plaintiff's objections are untimely, the Court considers them out of an abundance of caution and in consideration of Plaintiff's self-represented status. The Court has carefully considered Plaintiff's objections and reviewed the relevant portions of the record *de novo* and concludes that there is no basis to modify the Findings and Recommendation. The Court likewise finds no clear error with the remainder of the Findings and Recommendation to which no objections were filed.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Clarke's Findings and Recommendation, ECF No. 6. Plaintiff's Amended Complaint, ECF No. 5, is therefore DISMISSED without leave to amend.

IT IS SO ORDERED.

DATED this 30th day of October 2026.

MUSTAFA T. KASUBHAI (he/him)
United States District Judge